UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| JOHN DOE, | : |
|   Plaintiff, | : Civil Action No: 5:15-CV-1069 |
| | : (LEK/DEP) |
| -against- | : |
| COLGATE UNIVERSITY, COLGATE UNIVERSITY BOARD OF TRUSTEES, JEFFREY HERBST, individually and as agent for Colgate University, SUZY M. NELSON, individually and as agent for Colgate University, KIMBERLY TAYLOR, individually and as agent for Colgate University, MARILYN RUGG, individually and as agent for Colgate University, VALERIE BROGAN, individually and as agent for Colgate University, and TAMALA FLACK, individually and as agent for Colgate University, | : |
|   Defendants. | : |

-----------------------------------------------------------------X

## MOTION TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER

The undersigned attorneys hereby move this Court to allow the Plaintiff in the above captioned action to proceed under the pseudonym John Doe for the reasons set forth in the attached Plaintiff's Memorandum of Law in Support of Plaintiff's Motion to Proceed Under Pseudonym and for Protective Order and the Declaration of Andrew T. Miltenberg, Esq. In Support of Plaintiff's Motion to Proceed Under Pseudonym and for Protective Order.

Dated: New York, New York
September 15, 2015

        Respectfully submitted,

        NESENOFF & MILTENBERG, LLP
        *Attorneys for Plaintiff John Doe*

        By: /s/ Andrew T. Miltenberg
        Andrew T. Miltenberg, Esq. (517014)
        Tara J. Novack, Esq. (*admission pending*)
        363 Seventh Avenue, Fifth Floor
        New York, New York 10001
        (212) 736-4500
        amiltenberg@nmllplaw.com
        tnovack@nmllplaw.com