UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN DOE,

      Plaintiff,

   -against-

COLGATE UNIVERSITY, COLGATE UNIVERSITY
BOARD OF TRUSTEES, JEFFREY HERBST,
individually and as agent for Colgate University,
SUZY M. NELSON, individually and as agent for
Colgate University, KIMBERLY TAYLOR,
individually and as agent for Colgate University,
MARILYN RUGG, individually and as agent for
Colgate University, VALERIE BROGAN,
individually and as agent for Colgate University,
and TAMALA FLACK, individually and as agent
for Colgate University,

      Defendants.
-----------------------------------------------------------------X

Civil Action No: 5:15-CV-1069
(LEK/DEP)

ORDER GRANTING
PLAINTIFF'S *EX PARTE*
MOTION TO PROCEED
UNDER PSEUDONYM
AND FOR PROTECTIVE
ORDER

Upon the *Ex Parte* motion of the Plaintiff for an order permitting the filing of the complaint, summons, civil cover sheet, and Motion to Proceed Under Pseudonym and for Protective Order under seal, and upon review of the Declaration of Andrew T. Miltenberg, Esq. and Memorandum of Law in support thereof, it is hereby

**ORDERED** that Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym and for Protective Order be **GRANTED**, and it is

~~**FURTHER ORDERED**, that the complaint, summons, civil cover sheet, and Motion to~~ Proceed Under Pseudonym and for Protective Order, and all other accompanying filings in this action shall be placed under seal until such time as proof of service of the Summons and Complaint is returned and filed by Plaintiff with the Clerk of the Court.

1

Dated: September _____, 2015

                                                                         _____
                                                                         **UNITED STATES DISTRICT JUDGE**