UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN DOE,

                     Plaintiff,

      v.                                       **NOTICE OF MOTION**

COLGATE UNIVERSITY, COLGATE UNIVERSITY    Civil Action No.:
BOARD OF TRUSTEES, JEFFREY HERBST,          5:15-cv-1069 (LEK/DEP)
Individually and as agent for Colgate University, SUZY
M. NELSON, Individually and as agent for Colgate
University, KIMBERLY TAYLOR, Individually and as
agent for Colgate University, MARILYN RUGG,
Individually and as agent for Colgate University,
VALERIE BROGAN, Individually and as agent for
Colgate University, and TAMALA FLACK, Individually
and as agent for Colgate University,

                     Defendants.

**PLEASE TAKE NOTICE** that for the reasons set forth in the accompanying Declaration of Laura H. Harshbarger, executed September 11, 2017, with Exhibits A-J and Defendants' Memorandum of Law in Support of Their Motion to Preclude the Expert Testimony of Plaintiff's Expert, Defendants Colgate University, Colgate University Board of Trustees, Jeffrey Herbst, Suzy M. Nelson, Kimberly Taylor, Marilyn Rugg, Valerie Brogan, and Tamala Flack, will move this Court before the Hon. Lawrence E. Kahn, Senior United States District Court Judge, at the James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York, on November 3, 2017, at 9:30 a.m., on submission, for an Order pursuant to Federal Rule of Evidence 702 excluding certain portions of the expert reports and testimony of Plaintiff's expert witnesses.

2973372.1

Dated: September 11, 2017       BOND, SCHOENECK & KING, PLLC

                                By:  *s/ Laura Harshbarger*
                                       Laura Harshbarger (509779)
                                       Kristen E. Smith (513756)
                                *Attorneys for Defendants Colgate University,*
                                *Jeffrey Herbst, Suzy M. Nelson, Kimberly Taylor,*
                                *Marilyn Rugg and Valerie Brogan*
                                One Lincoln Center
                                Syracuse, New York 13202-1355
                                Telephone: 315.218.8000
                                Email: lharshbarger@bsk.com
                                Email: ksmith@bsk.com

                                Thomas S. D'Antonio, Esq.
                                WARD GREENBERG HELLER & REIDY, LLP
                                *Attorneys for Defendant Tamala Flack*
                                1800 Bausch & Lomb Place
                                Rochester, New York 14604-2713
                                Telephone: (585) 454-0700
                                Email: tdantonio@wardgreenberg.com

2

2973372.1