

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

LAURA HARSHBARGER
lharshbarger@bsk.com
P: 315.218.8314
F: 315.218.8100

September 12, 2017

**VIA ELECTRONIC FILING**

Hon. Lawrence E. Kahn
Senior U.S. District Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 424
Albany, NY  12207-2926

Re:   *Doe v. Colgate University, et. al*
      Civil Action No. 5:15-cv-1069

Dear Judge Kahn:

On September 5, 2017, we filed a reply memorandum in further support of Defendants' motion for summary judgment.  Document No. 84.  We inadvertently failed to include with our submission copies of the pages of three deposition transcripts that were cited in the reply memorandum.  While we believe these pages to be included in the record before the Court on prior submissions, for the Court's ease of reference, we attach them to this correspondence.

Respectfully submitted

BOND, SCHOENECK & KING, PLLC

/s/Laura Harshbarger

Laura Harshbarger

cc:    Counsel (via ECF)

***Request to incorporate pages of 3 deposition transcript into [84] Reply is GRANTED.

IT IS SO ORDERED:

_____
Lawrence E. Kahn
U.S. District Judge
Dated:   September 13, 2017
         Albany, NY

2973715.1

Attorneys At Law | A Professional Limited Liability Company