**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
NORTHERN DISTRICT OF NEW YORK

File Number 5:15-CV-1069 (LEK/DEP)

JOHN DOE           )
    *Plaintiff,*    )
  v.                     )     Notice of Appeal
                             )
COLGATE UNIVERSITY, et al.,  )
    *Defendant.*   )

Notice is hereby given that Plaintiff John Doe , (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the Second Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 31 day of October , 2017 .

/s/ Andrew T. Miltenberg
Nesenoff & Miltenberg, LLP
Attorney for Plaintiff John Doe
363 Seventh Avenue, 5th Floor
Address:
New York, New York 10001

*See Rule 3(c) for permissible ways of identifying appellants